STATE of Missouri, Respondent,

v.

Donald Eugene NICKENS, Appellant.

No. WD 68965.

Missouri Court of Appeals,
Western District.

Dec. 9, 2008.

Ellen H. Flottman, Esq., Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. and Karen L. Kramer, Esq., Jefferson City, MO, for respondent.

Before JOSEPH P. DANDURAND, P.J., HAROLD L. LOWENSTEIN and JAMES M. SMART, JJ.

## ORDER

PER CURIAM:

Appellant was convicted following a jury trial of murder in the second degree, § 565.021, and armed criminal action, § 571.015. Appellant was sentenced to twenty-five years imprisonment on the murder charge and ten years imprisonment on the armed criminal action charge, to be served consecutively. Appellant challenges the sufficiency of the evidence to support his convictions. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Steven D. McCRARY, Appellant.

No. WD 68879.

Missouri Court of Appeals,
Western District.

Dec. 9, 2008.

Rosemary E. Percival, Kansas City, MO, for Appellant.

Mary H. Moore, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

Mr. Steven D. McCrary appeals a conviction and sentence for first-degree robbery, section 569.020. Mr. McCrary argues that the trial court erred in denying a suppression motion and in rejecting a proposed instruction.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).